

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-16-00044-CV**

KAREN HALL,

Appellant

v.

CITY OF BRYAN, TEXAS,

Appellee

**From the 272nd District Court**
**Brazos County, Texas**
**Trial Court No. 12-000391-CV-272**

**O R D E R**

This is an appeal of a final judgment. There was previously an interlocutory appeal from the same trial court proceeding. Appellee asserts that it wants this Court to take judicial notice of the record filed in the interlocutory appeal. It is not clear why the Court would need to take judicial notice of the record from a prior appeal. Further, it does not appear that taking judicial notice of the record is necessary or proper. It appears, however, what appellee actually seeks is to be able to reference the record from the interlocutory appeal as part of the record in this appeal. According to appellee, the record

currently on file in this proceeding does not include the trial court record prior to the interlocutory appeal. To save cost, appellee suggests the record could be transferred to this proceeding. We agree.

Therefore, the Clerk of the Tenth Court of Appeals is ordered to copy, scan, and electronically enter the trial court record from 10-12-00248-CV into 10-16-00044-CV. The original hard copy of the record from 10-12-00248-CV will remain with the Court's shuck in storage where it will be retained until destroyed or further order of the Court or the Texas Supreme Court.

Appellee's Unopposed Motion for Court to Take Notice is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion dismissed
Order issued and filed June 2, 2016

